IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, on its own behalf and on behalf of ADRIAN PETERSON,<br><br>                      Petitioner,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>                      Respondents. | Case No. 14mc75 DSD/JSM<br><br>***EX PARTE* MOTION TO FILE UNDER SEAL PORTIONS OF A PETITION, AND CERTAIN EXHIBITS THERETO** |

Petitioner National Football League Players Association ("NFLPA"), the union for the players in the National Football League ("NFL" or "League"), on its own behalf, and on behalf of Minnesota Vikings running back Adrian Peterson, hereby moves the Court on an *ex parte* basis for an Order permitting the NFLPA to file under seal certain portions of the Petitioner's Petition to Vacate Arbitration Award ("Petition"), and to file a Redacted Petition ("Redacted Petition") on the Court's Electronic Case Filling System.

NFLPA also moves the Court to permit the NFLPA to file under seal certain exhibits to the Petition.

NFLPA makes the motion to seal portions of the Petition, and exhibits thereto, in order to comply with an existing confidentiality agreement with Respondent National


SCANNED
DEC 15 2014
U.S. DISTRICT COURT MPLS

Football League, and to protect certain information that has been sealed by a Texas state court.

This motion is based upon the accompanying memorandum of law, affidavit of Barbara Podlucky Berens, as well as arguments of counsel and all other pleadings and papers on file in this action.

Dated: December 15, 2014

*Barbara Podlucky Berens*

Barbara Podlucky Berens #209788
Erin K.F. Lisle #238168
Carrie L. Zochert #291778
**Berens & Miller, P.A.**
80 South Eighth Street, Ste. 3720
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
bberens@berensmiller.com

Jeffrey L. Kessler (*pro hac vice pending*)
David L. Greenspan (*pro hac vice pending*)
Jonathan Amoona
Angela Smedley
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com

*Attorneys for Petitioner*